IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF
AMERICA

v.

JUREL BOWMAN
Defendant.

CRIM NO.   1:26-mj-01769-CJC

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

2:26 pm, Jul 13 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Elyse Morris with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being first duly sworn, hereby depose, and state as follows:

### PURPOSE OF THE AFFIDAVIT

1.      I make this affidavit in support of an application for a criminal complaint and arrest warrant for Jurel Daquone Leo Bowman ("BOWMAN"), for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a child), 18 U.S.C. § 2422(b) (coercion and enticement of a minor), and 18 U.S.C. § 2252(a)(2) (receipt of child pornography) (collectively the "TARGET OFFENSES"). Based on the facts set forth in this affidavit, there is probable cause to believe that BOWMAN has committed TARGET OFFENSES.

2.      The information contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports, interviews with witnesses and victims, my review of evidence, and my conversations with other law enforcement officers and other individuals. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BOWMAN has committed the TARGET OFFENSES.

### AGENT BACKGROUND

3.      I have been an SA with the FBI since June 2016. I am currently assigned to the Maryland Child Exploitation Task Force (MCETF), which investigates individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. Many of the child exploitation and/or child pornography search warrants resulted in

1

the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography. Over the course of my employment with the FBI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

4.     As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## NCMEC CYBERTIPLINE REPORTS

5.     The National Center for Missing and Exploited Children (NCMEC) receives complaints via their CyberTipline from Internet Service Providers (ISPs), Electronic Service Providers (ESPs), and others. These CyberTipline reports are reviewed by a NCMEC analyst and forwarded to law enforcement for further investigation on the information provided in the CyberTipline report.

## PROBABLE CAUSE

Minor Victim 1

6.     On four occasions between October 2025 and May 2026, Minor Victim 1, who was born in 2008, was interviewed by law enforcement regarding her relationship with BOWMAN, born in 1993. Minor Victim 1 first met BOWMAN at Real Life Church located in Mechanicsville, Maryland, in 2024, when Minor Victim 1 was approximately 15 years old. Minor Victim 1 was a

member of the church tech team, and BOWMAN was the tech team leader. Minor Victim 1 stated that in the summer of 2025, when Minor Victim 1 was 17 years old, she contacted BOWMAN for life advice and support since Minor Victim 1 was about to start her freshman year of college in the Fall of 2025 and was nervous about it. Minor Victim 1 was also stressed about the financial aspect of paying for college. In the beginning, Minor Victim 1 and BOWMAN communicated on Snapchat. BOWMAN's Snapchat account was "jdbowman13." BOWMAN said he could help Minor Victim 1 with money by stating, "we can do deals" and "you can help me and I can help you. If you send me pics I'll send you money." At one point, BOWMAN asked Minor Victim 1 to send photographs of Minor Victim 1's vagina. Minor Victim 1 told BOWMAN that she was not comfortable with sending the requested pictures. BOWMAN said it was not a big deal and that "I won't send money unless you send vagina pics." Minor Victim 1 was not comfortable sending naked pictures on Snapchat so they moved their communication to text message. Minor Victim 1 continued her communication with BOWMAN by sending text messages to the phone number 667-321-1604.

7.    From June 2025 through October 2025, when Minor Victim 1 was 17 years old, Minor Victim 1 stated that she thought she sent BOWMAN approximately 100 images that depicted her partially clothed and fully nude, some of which depicted her exposed genitals. Minor Victim 1 estimated that BOWMAN sent her approximately $3,500 in exchange for the images.

8.    BOWMAN initially sent Minor Victim 1 money through Apple Pay; however Minor Victim 1 eventually was banned from Apple Pay due to her not being 18 years old at the time. BOWMAN then paid Minor Victim 1 through digital payment network Zelle.

9.    Throughout the exchange of photographs for money, BOWMAN regularly asked Minor Victim 1 to meet in person. BOWMAN said it would be up to Minor Victim 1 on "how far

3

they would go." Minor Victim 1 thought BOWMAN was referring to meeting up to engage in sexual acts. BOWMAN told Minor Victim 1 that he had an apartment in Bel Air, Maryland and that Minor Victim 1 could stop by his apartment on her way home from college. Minor Victim 1 never met BOWMAN in person to engage in sex acts.

10.    During the interview on May 7, 2026, Minor Victim 1 provided access to her bank statements during the time when BOWMAN sent her money in exchange for sexually explicit images. Below are the dates and amounts that Minor Victim 1 received from the Zelle account in the name "Jurel BOWMAN," which totaled $4,005:

| | |
|---|---|
| 6/30/2025 | $230 |
| 8/4/2025 | $250 |
| 8/6/2025 | $225 |
| 8/27/2025 | $600 |
| 9/15/2025 | $650 |
| 9/19/2025 | $350 |
| 10/17/2025 | $600 |
| 10/21/2025 | $400 |
| 10/31/2025 | $300 |
| 10/31/2025 | $400 |

11.    In or about November 2025, Minor Victim 1 began to feel guilty about what she was sending to BOWMAN, so she stopped communication with him and filed a police report in Pennsylvania, where she was residing at the time. The Pennsylvania investigators obtained consent and forensically downloaded Minor Victim 1's phone. Investigators also advised Minor Victim 1 to file a report in Maryland due to BOWMAN residing in Maryland. Minor Victim 1 then filed a report with the Maryland State Police ("MSP").

12.    A review of Minor Victim 1's phone showed a conversation from July 2025 through November 2025 between Minor Victim 1 and telephone number 667-321-1604. The review revealed images and videos of child pornography and conversations associated with those images

4

and videos.  Below are messages, with my comments in brackets, between Minor Victim 1 and 667-321-1604 on July 26, 2025:

| | |
|---|---|
| Minor Victim 1: | Well yeah that would've worked but I couldn't risk it because my mom knows everything |
| 667-321-1604: | Wym knows everything? |
| Minor Victim 1: | She figured out that I sent you pics and stuff but didn't figure out what I sent you |
| 667-321-1604: | Am I gonna get a phone call or something? |
| Minor Victim 1: | Oh no. Definitely not because blocking you on insta and snap covers it up |
| Minor Victim 1: | And I changed my bank passwords so she can't get in anymore |
| 667-321-1604: | Oh but from before? Does she know who I am? |
| Minor Victim 1: | Nope |
| 667-321-1604: | How she find out you sent me pictures and all? |
| Minor Victim 1: | Because she went through my phone got a call from the bank or smth. And since you never sent me anything I played it off that you were a kid my age |

****

| | |
|---|---|
| 667-321-1604: | Low key don't want to talk about this over text if your mom being that way lmao |
| 667-321-1604: | You know what I mean? |
| Minor Victim 1: | Yeah…. I delete every text I send and delete yours too once I'm done responding so she can't see them |

****

| | |
|---|---|
| 667-321-1604: | When can you send? And would you ever consider in person deals? I can even give you a card to use whenever if we regularly do deals |
| Minor Victim 1: | No in person deals jsut because my mom tracks my phone all the time so she knows where I am now and the card thing |

5

|  | also isn't the best idea because of my mom. But I can send you them at 3:15-3:20 ish because I'll be home at 3. |
|---|---|
| 667-321-1604: | Oh ok |
| Minor Victim 1: | So I can send you 20 picks in abt 45ish minutes and you'll send me 600 right? |
| 667-321-1604: | Yea |
| Minor Victim 1: | Ok |
| 667-321-1604: | I do care about you either way tho |
| Minor Victim 1: | Thank you |
| 667-321-1604: | Always |
| Minor Victim 1: | I got the 20 can I request the 600 through Zelle |
| 667-321-1604: | I guess I also got chime now |
| Minor Victim 1: | I don't got chime lol |
| 667-321-1604: | I thought you did |
| Minor Victim 1: | No lol but ima send the photos now |
| Minor Victim 1: | [Minor Victim 1 sent approximately 15 images depicting Minor Victim 1 naked in various poses. One image depicting Minor Victim 1 standing naked with her legs together with her bare breasts and vagina are visible. Another image, depicting Minor Victim 1 bent over naked facing the camera with her bare breasts and vagina visible.] |
| Minor Victim 1: | Can you send the cash now? |
| 667-321-1604: | That's 17 and few don't show anything.. |
| Minor Victim 1: | Hold up Yeha my bad lol you can just send me 550 or smth because my mom asked me why I was in the bathroom too long so I can't take more |
| Minor Victim 1: | Actually wait |
| Minor Victim 1: | I got you |

| 667-321-1604: | What if she does find out about this? |
|---|---|
| Minor Victim 1: | There's 3 more and she won't because I deleted every text he big from my phone [Minor Victim 1 sent approximately three images depicting Minor Victim 1 naked in various poses displaying her breasts and pubic area.] |
| Minor Victim 1: | So can I get 600 now? |
| 667-321-1604: | When can I get vagina or something? |
| Minor Victim 1: | Ummm later tonight lol I gotta get ready for work I don't have time right now |
| 667-321-1604: | You said that last time and went ghost lol |
| Minor Victim 1: | I can send one now but send me the cash first so I can trust you plz |
| 667-321-1604: | You know you can trust me… |
| Minor Victim 1: | Ok so I'm sending this so can you send money now [Minor Victim 1 sent one image that depicted her sitting on her buttocks on the floor naked with her legs bent with the image taken from between her legs pointing upwards depicting her genitals, stomach and breasts.] |

13.     PNC Bank provided information in response to a grand jury subpoena for account information associated with BOWMAN. BOWMAN's primary account with PNC was account number 5427813441. The following transactions from account 5427813441 were observed in BOWMAN's statements with the description of "Zel to [Minor Victim 1's name]:"

Date:       6/30/2025
Amount:     $230

Date:       7/28/2025
Amount:     $600

Date:       8/4/2025
Amount:     $250

Date:       8/6/2025

| | |
|---|---|
| Amount: | $225 |
| Date: | 8/27/2025 |
| Amount: | $600 |
| Date: | 9/15/2025 |
| Amount: | $650 |
| Date: | 9/19/2025 |
| Amount: | $350 |
| Date: | 10/17/2025 |
| Amount: | $600 |
| Date: | 10/21/2025 |
| Amount: | $400 |
| Date: | 10/31/2025 |
| Amount: | $400 |

Minor Victim 2

14.    In August 2024, CyberTipline report 197350505 was submitted to NCMEC and listed the Primary Incident Type as "Apparent Child Pornography (Unconfirmed)." CyberTipline Report 197350505 provided the following information:

> This report was submitted by a member of the public concerning Unconfirmed Child Pornography. The reporting person states "they sent nudes to people for money when i was 16/17 my dad has millions of followers on tiktok and i have like 300k so people are posting these now everywhere because of who i am and because i have a boyfriend now. I'm 19 now but these are being posted on twitter, discords, reddit, state wins, etc. and i don't know what to do."

15.    The report was processed by NCMEC and provided to Oklahoma Criminal Investigations Bureau for Investigation (OCIB). Investigators from OCIB contacted the initial submitter of the report and identified her as a now 19-year-old-female, hereafter referred to as Minor Victim 2. Minor Victim 2 told investigators that when she was 16 or 17 years old, she communicated with a black male on Snapchat. Minor Victim 2 identified the Snapchat account she communicated with as "jdbowman13." Minor Victim 2 stated that the user of "jdbowman13"

8

offered to pay her for naked images of herself. Minor Victim 2 stated that "jdbowman13" paid her $700 for approximately 20 sexually explicit images, including nude images depicting her exposed genitals.

16.     Investigators from the OCIB obtained a search warrant for the Snapchat account "jdbowman13" for the date range of February 11, 2021, to March 1, 2025. The Snapchat search warrant data included evidence indicating that the owner/user of the account was BOWMAN. BOWMAN was identified through a picture of his driver's license that he sent to another user and numerous selfies of himself that matched BOWMAN's MVA photograph. Approximately forty-five files of Minor Victim 2 were located in the account. The files include Minor Victim 2 in sexually suggestive poses wearing her bra and underwear, Minor Victim 2's exposed breasts, and files depicting Minor Victim 2's exposed genitals and pubic area. In at least two of the videos, Minor Victim 2 is masturbating. OCIB forwarded their investigative materials to MSP.

17.     On December 10, 2025, Honorable Judge Mark W. Carmean of the Circuit Court for Calvert County granted search warrants for the following Snapchat accounts:

1. jdbowman13 for the dates 3/1/2025 to 12/10/2025
2. jae_bee929[1] for the dates 2/1/2021 to 12/10/2025

18.     On January 23, 2026, Honorable Judge Tracey Delp of the Circuit Court for Harford County granted a search warrant for the Snapchat account john_d3399.[2]

---

[1] During MSP's investigation, it was discovered that the Snapchat account jae_bee929 appeared to be used by BOWMAN. For example, in one chat jae_bee929 states, "jdbowman13 is my regular snap."

[2] During MSP's investigation, it was discovered that the Snapchat account john_d3399 appeared to be used by BOWMAN. Administrative subpoena showed john_d3399 was associated with email address jurelbowman7329@gmail.com. Administrative subpoena for jurelbowman7329@gmail.com showed email address jurelbowman@verizon.net was the recovery email address. See below for information pertaining to jurelbowman@verizon.net.

19.    A review of the search warrant results provided by Snapchat for the account associated with "jdbowman13" revealed numerous images and videos that depicted child sexual abuse material and conversations associated with that material.

20.    A review of the search warrant results provided by Snapchat for the account associated with "jae_bee929" revealed numerous images and videos that depicted child sexual abuse material and conversations associated with that material.  Below are messages between "jae_bee929" and Minor Victim 3[3] which took place from March 2024 through April 2025, with my comments in brackets.  Minor Victim 3 was 16 and 17 years old during the chat:

| | |
|---|---|
| jae_bee 929: | Set Up Apple Pay |
| Minor Victim 3: | [Minor Victim 3's phone number] |

****

| | |
|---|---|
| Minor Victim 3: | [Eight images were sent.  Six images depicted a female taking a photo of herself exposing her breasts from various angles.  One image depicts a naked female taking a photo of herself with the camera positioned between her legs with the photo pointed up her body so her genitals, breasts, and partial face are shown.  One photo depicts genitals with two fingers close to being inserted into the genitals along with an image of gold star over part of the image] |

****

| | |
|---|---|
| jae_bee929: | Want money or anything? |
| Minor Victim 3: | my insurance covered my er visit its ok |
| jae_bee929: | Well I would still like to help can we talk about continuing deals or anything |
| Minor Victim 3: | im in too much pain to do anything rn |
| jae_bee929: | What about the saved stuff you didn't resend… and I'm so sorry I get how you feel… |

---

[3] Background investigation revealed this Snapchat account was associated with a minor female during the time of communication with BOWMAN.

-10

jae_bee929:          I'll send you whatever you want

jae_bee929:          200?

Accounts Associated with Bowman

21.    During the background investigation it was revealed BOWMAN was listed as a firefighter at Susquehanna Hose Company Station No. 4, located at 911 Revolution Street, Havre De Grace, Maryland 21078 on the company's website.

22.    Verizon Wireless provided the following information in response to an administrative subpoena requesting the subscriber information for 667-321-1604:

| | |
|---|---|
| Name: | Kim Bowman[4] |
| Address: | [redacted] Lusby, MD 20657 |
| Effective Date: | 9/29/2024 |

23.    Snapchat provided the following information in response to an administrative subpoena for the following account:

| | |
|---|---|
| Account: | jdbowman13 |
| Email address: | jurelbowman@verizon.net |
| Created: | 2013-08-29 |
| Telephone number: | 1-667-321-1604 |

24.    Pursuant to a subpoena issued by MSP, Verizon provided the subscriber records for the assignment of IP Address 71.244.175.2[5] from September 18, 2025, through September 24, 2025, which was associated with BOWMAN's Snapchat accounts referenced above:

| | |
|---|---|
| Account Creation Date: | 11/03/2014 |
| Business Name: | Harford County Government |
| Account Address: | 2220 Ady Rd, Forest Hills, MD 21050 |

---

[4] Background investigation revealed that Kim Bowman is believed to be the mother of Jurel BOWMAN.
[5] An opensource IP address search for 71.244.175.2 returned to Bel-Air, Maryland.

25.     Pursuant to a subpoena issued by MSP, Comcast provided the subscriber records for the assignment of IP Address 73.250.89.254[6] from July 19, 2025, through August 9, 2025, which was associated with BOWMAN's Snapchat accounts referenced above:

| | |
|---|---|
| Subscriber Name: | Kim Bowman |
| Service Address: | [redacted] Lusby, MD 20657 |
| Home Phone: | 240-346-4531 |
| Type of Service: | Internet |
| Account Status: | Active |
| E-mail address: | kimbowman44@gmail.com; kimbowman44@comcast.net |

26.     Verizon provided the following information in response to an administrative subpoena for account information associated with email jurelbowman@verizon.net:

| | |
|---|---|
| Account Number: | 526266088-1 |
| Name: | Kim Bowman |
| Address: | [redacted] Lusby, MD 20657 |
| Home Phone: | 240-346-4531 |

27.     On July 2, 2026, BOWMAN was arrested and charged in the District Court of Harford County, Maryland with six counts of Sexual Solicitation of a Minor and six counts of Child Porn Permit Sex Subject, relating to his exploitation of Minor Victim 1.

Calvert County 2022 Prior Investigation (Minor Victim 4)

28.     On August 17, 2022, Calvert County Sheriff's Office (CCSO) responded to a report of harassment. Upon arriving on scene, CCSO investigators made contact with Minor Victim 4, who was 15 years old at the time. Minor Victim 4 advised that earlier on August 17, 2022, an individual with the username jdbowman13 (later identified as BOWMAN) added her on Snapchat. Minor Victim 4 accepted the request, and BOWMAN immediately started to communicate with her. BOWMAN, who was 28 years old, asked how old Minor Victim 4 was and Minor Victim 4 stated she was 15 years old. BOWMAN then started to ask Minor Victim 4 where she was from,

---

[6] An opensource IP address search for 73.250.89.254 returned to Waldorf, Maryland.

if she could send pictures of her in her bra and underwear, and pictures of her breasts, vagina and full body.  BOWMAN continued to ask if they could meet up in person.  Minor Victim 4 deleted and blocked BOWMAN on Snapchat and reported the incident to her dad.  Minor Victim 4's boyfriend at the time worked and volunteered at Solomons Volunteer Rescue Squad Fire Department.  Her boyfriend advised that BOWMAN was a volunteer with Solomons Fire Department provided Minor Victim 4 with BOWMAN's information.  Minor Victim 4 showed investigators a picture of BOWMAN, and investigators identified it as BOWMAN based on BOWMAN's MVA photo.

## AUTHORIZATION REQUEST

29.    Based on the foregoing information, I submit there is probable cause to believe BOWMAN has committed violations of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a child), 18 U.S.C. § 2422(b) (coercion and enticement of a minor), and 18 U.S.C. § 2252(a)(2) (receipt of child pornography).  Accordingly, I request that a criminal complaint and an arrest warrant be issued.

_____
Special Agent Elyse Morris
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and Fed. R. Crim. P. 4(c)(4)(d) this 13th day of July, 2026.

HONORABLE CHELSEA J. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

13